IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON PATRICK DALTON,<br><br>Defendant. | CR 15–98–BLG–SPW<br><br><br><br>ORDER |

Due to a delay in counsel's appointment and counsel having just appeared to represent Defendant Brandon Patrick Dalton on his pending motion for compassionate release,

IT IS ORDERED that counsel must file an amended motion within 45 days of the date of this Order, modifying the previous deadline. (*See* Doc. 133.) Briefing on the motion shall then proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 25th day of May, 2023.

SUSAN P. WATTERS
United States District Court Judge