IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–98–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON PATRICK DALTON, | |
| Defendant. | |

Counsel having appeared on June 2, 2023, (Doc. 138), and an amended motion for compassionate release having been due on July 10, 2023, (Doc. 137), but none filed,

**IT IS ORDERED** that counsel must file an amended motion within 7 days of the date of this Order. Briefing on the motion shall then proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 11th day of July, 2023.

SUSAN P. WATTERS
United States District Court Judge